

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2023

No. 04-22-00766-CR

Matthew Hernandez **YANEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10156
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant's brief was due on January 26, 2023. To date, no brief or motion for extension of time to file a brief has been filed.

We order Appellant's counsel Patrick B. Montgomery to file a motion for extension of time, a motion to dismiss, or the brief within **ten days** of the date of this order.

If no brief or motion is filed by that date, we will **abate** this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's counsel is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2023.

MICHAEL A. CRUZ, Clerk of Court